CLYDE "ED" SNIFFEN, JR.
ACTING ATTORNEY GENERAL
Lael A. Harrison
Assistant Attorney General
Alaska Bar No. 0811093
Alaska Department of Law
P.O. Box 110300
Juneau, AK 99811-0300
Telephone: 907.465.3600
Facsimile: 907.465.3019
Email: lael.harrison@alaska.gov

*Attorney for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE ALASKA LANDMINE LLC and JEFFREY LANDFIELD,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL J. DUNLEAVY, in his official capacity as Governor of the State of Alaska; BEN STEVENS, in his official capacity as Chief of Staff to the Governor of the State of Alaska; and JEFF TURNER, in his official capacity as Deputy Communications Director for the Office of the Governor of the State of Alaska,<br><br>Defendants. | Case No.: 3:20-cv-00311-JMK<br><br>**MOTION FOR EXTENSION OF TIME TO OPPOSE PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION** |

Defendants move for a seven-day extension of time in which to oppose Plaintiffs' Motion for a Preliminary Injunction given the complexity of the factual and legal subject matter of the motion and that the fourteen-day time period allotted to respond includes

the Christmas and New Year's holiday weekends. Many State employees whose assistance will be important in preparing the opposition to the motion have scheduled time off over this holiday period including attorneys, law office staff, and individuals in the press office. Without an extension, Defendants' opposition will be due Wednesday, January 6th; with the requested seven-day extension, their opposition would be due Wednesday, January 13th.

Plaintiffs filed the complaint in this matter on December 17th, and moved for a preliminary injunction five days later on December 22nd. After removal, the plaintiffs re-pleaded in this Court today. Obviously, this is just before two back-to-back holiday weekends over a time period when many people have scheduled leave well in advance. The motion for a preliminary injunction involves extensive allegations of fact going back to 2017, which the State needs time to verify or rebut. The State also needs time to prepare its own factual record regarding the administrative and practical interests and processes of the Governor's press office to give the Court factual context for the State's defenses. The motion also raises complex questions of constitutional law. The seven-day extension is a modest request and will be important to enable Defendants to provide this Court with well-researched briefing and a robust factual record on which to make an informed decision.

DATED: December 23, 2020.

CLYDE "ED" SNIFFEN, JR.
ACTING ATTORNEY GENERAL

By: s/ Lael Harrison

*The Alaska Landmine, et al. v. Dunleavy, et al.*  Case No.: 3:20-cv-00311-JMK
MOTION FOR EXTENSION OF TIME  Page 2 of 3
Case 3:20-cv-00311-JMK   Document 10   Filed 12/23/20   Page 2 of 3

Lael A. Harrison
Assistant Attorney General
Alaska Bar No. 0811093
Alaska Department of Law
P.O. Box 110300
Juneau, AK 99811-0300
Telephone: 907.465.3600
Facsimile: 907.465.3019
Email: lael.harrison@alaska.gov

## CERTIFICATE OF SERVICE

I certify that on December 23, 2020, the foregoing Extension of Time was served on the following via the CM/ECF electronic filing system.

Matthew Singer, Schwabe, Williamson & Wyatt, P.C.
Lee C. Baxter, Schwabe, Williamson & Wyatt, P.C.


*s/ Lael Harrison*
Lael A. Harrison, Assistant Attorney General

*The Alaska Landmine, et al. v. Dunleavy, et al.*     Case No.: 3:20-cv-00311-JMK
MOTION FOR EXTENSION OF TIME     Page 3 of 3
Case 3:20-cv-00311-JMK    Document 10    Filed 12/23/20    Page 3 of 3