CLYDE "ED" SNIFFEN, JR.
ACTING ATTORNEY GENERAL
Lael A. Harrison
Assistant Attorney General
Alaska Bar No. 0811093
Alaska Department of Law
P.O. Box 110300
Juneau, AK 99811-0300
Telephone: 907.465.3600
Facsimile: 907.465.3019
Email: lael.harrison@alaska.gov

*Attorney for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE ALASKA LANDMINE LLC and JEFFREY LANDFIELD,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL J. DUNLEAVY, in his official capacity as Governor of the State of Alaska; BEN STEVENS, in his official capacity as Chief of Staff to the Governor of the State of Alaska; and JEFF TURNER, in his official capacity as Deputy Communications Director for the Office of the Governor of the State of Alaska,<br><br>Defendants. | Case No.: 3:20-cv-00311-JMK<br><br>**REQUEST FOR ORAL ARGUMENT** |

**D**efendants request that this Court schedule oral argument on Plaintiffs' Motion for a Preliminary Injunction after briefing is complete.

DATED: December 23, 2020.

          CLYDE "ED" SNIFFEN, JR.
          ACTING ATTORNEY GENERAL

By:   *s/ Lael Harrison*
      Lael A. Harrison
      Assistant Attorney General
      Alaska Bar No. 0811093
      Alaska Department of Law
      P.O. Box 110300
      Juneau, AK 99811-0300
      Telephone: 907.465.3600
      Facsimile: 907.465.3019
      Email: lael.harrison@alaska.gov

## CERTIFICATE OF SERVICE

I certify that on December 23, 2020, the foregoing Request for Oral Argument was served on the following via email:

Matthew Singer
Lee C. Baxter
Schwabe, Williamson & Wyatt, P.C.
420 L Street
Suite 400
Anchorage, AK 99501
msinger@schwabe.com
lbaxter@schwabe.com

*s/ Richard J. Carter*
Richard J. Carter, Legal Support Coordinator

*The Alaska Landmine, et al. v. Dunleavy, et al.*     Case No.: 3:20-cv-00311-JMK
REQUEST FOR ORAL ARGUMENT     Page 2 of 2

Case 3:20-cv-00311-JMK   Document 11   Filed 12/23/20   Page 2 of 2