Matthew Singer
Lee C. Baxter
SCHWABE WILLIAMSON & WYATT, P.C.
420 L Street, Suite 400
Anchorage, AK 99501
Telephone: (907) 339-7125
Facsimile: (503) 796-2900

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE ALASKA LANDMINE LLC, And JEFFREY LANDFIELD, <br><br>  Plaintiffs, <br><br> v. <br><br> MICHAEL J. DUNLEAVY, in his official capacity as Governor of the State of Alaska; BEN STEVENS, in his official capacity as Chief of Staff to the Governor of the State of Alaska; and JEFF TURNER, in his official capacity as Deputy Communications Director for the Office of the Governor of the State of Alaska, <br><br> Defendants. | Case No. 3:20-cv-00311-JMK |

**OPPOSITION TO DEFENDANTS' MOTION FOR EXTENSION OF TIME**

For the reasons stated in Plaintiffs' Motion for Expedited Consideration (Docket 7) and Reply in support of same (Docket 13), Plaintiffs oppose Defendants' Motion for Extension of Time to Oppose Plaintiffs' Motion for a Preliminary Injunction (Docket

PDX\LCB\29783172.1

SCHWABE, WILLIAMSON & WYATT, P.C.
420 L Street, Suite 400
Anchorage, AK 99501
Telephone: (907) 339-7125

Case 3:20-cv-00311-JMK   Document 14   Filed 12/24/20   Page 1 of 3

10). Further, Defendants cite no caselaw to support their attempt to allow ongoing irreparable injury to Plaintiffs because of the Holiday season. While the undersigned do not wish to be the Grinch and are mindful that the Court and counsel all have family obligations this time of year, the First Amendment and due process issues raised in this lawsuit require immediate attention. The Alaska Department of Law is well staffed with hundreds of lawyers, a couple of whom can be bothered to prepare a prompt response, and has failed to show any good cause to delay this action.

DATED at Anchorage, Alaska, this 24th day of December, 2020.

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys for Plaintiffs

By: */s/Matthew Singer*
    Matthew Singer
    Alaska Bar No. 9911072
    Email: msinger@schwabe.com

By: */s/Lee C. Baxter*
    Lee C. Baxter
    Alaska Bar No. 1510085
    Email: lbaxter@schwabe.com
    420 L Street, Suite 400
    Anchorage, AK 99501
    Telephone: (907) 339-7125
    Facsimile: (503) 796-2900

OPPOSITION TO DEFENDANTS' MOTION FOR EXTENSION OF TIME
*THE ALASKA LANDMINE LLC, ET AL. V. MICHAEL J. DUNLEAVEY, ET AL.*
CASE NO. 3:20-CV-00311-JMK – PAGE 2 OF 3

SCHWABE, WILLIAMSON & WYATT, P.C.
420 L Street, Suite 400
Anchorage, AK 99501
Telephone: (907) 339-7125

Case 3:20-cv-00311-JMK   Document 14   Filed 12/24/20   Page 2 of 3

# CERTIFICATE OF SERVICE

I hereby certify that on December 24, 2020, a true and correct copy of the foregoing document was served via the Court's CM/ECF electronic service on the following counsel of record:

> Lael A. Harrison
> Assistant Attorney General
> Alaska Department of Law
> Email: lael.harrison@alaska.gov

                      /s/Matthew Singer

OPPOSITION TO DEFENDANTS' MOTION FOR EXTENSION OF TIME
*THE ALASKA LANDMINE LLC, ET AL. V. MICHAEL J. DUNLEAVEY, ET AL.*
CASE NO. 3:20-CV-00311-JMK – PAGE 3 OF 3

SCHWABE, WILLIAMSON & WYATT, P.C.
420 L Street, Suite 400
Anchorage, AK 99501
Telephone: (907) 339-7125

Case 3:20-cv-00311-JMK   Document 14   Filed 12/24/20   Page 3 of 3