CLYDE "ED" SNIFFEN, JR.
ACTING ATTORNEY GENERAL
Lael A. Harrison
Assistant Attorney General
Alaska Bar No. 0811093
Alaska Department of Law
P.O. Box 110300
Juneau, AK 99811-0300
Telephone: 907.465.3600
Facsimile: 907.465.3019
Email: lael.harrison@alaska.gov

*Attorney for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE ALASKA LANDMINE LLC and JEFFREY LANDFIELD, <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL J. DUNLEAVY, in his official capacity as Governor of the State of Alaska; BEN STEVENS, in his official capacity as Chief of Staff to the Governor of the State of Alaska; and JEFF TURNER, in his official capacity as Deputy Communications Director for the Office of the Governor of the State of Alaska, <br><br> Defendants. | Case No.: 3:20-cv-00311-JMK <br><br> **DECLARATION OF COREY ALLEN YOUNG** |

I, Corey Young, declare under penalty of perjury that the following is true and correct:

1. I am currently the Deputy Press Secretary for the Office of the Governor. I

have a journalism background and worked for the following news outlets during the times specified: KTUU (2012 - 2016), KTVA (2008 - 2012), KXD (2007-2008) I also worked as the public information officer for the Department of Corrections from 2016 to 2017 and started in the Governor's press office as the interim press secretary under the prior administration of Governor Bill Walker in 2016. I became the Deputy Press Secretary in August of 2020.

2. As an Alaskan reporter, it was always my understanding that the current administration could invite the reporters and news outlets they wanted to a press conference. As a reporter, sometimes I would be invited to press conferences and was called on to ask a question; sometimes I would be invited but not called on to ask a question; and sometimes I would not be invited. I never considered myself to have a guaranteed invite to press conferences. I believe this understanding was widely shared by those in the Alaskan press.

3. Under former Governor Bill Walker, the informal press conference policy was much the same as it is under Governor Mike Dunleavy. The list of those invited to attend a press conference was at the discretion of the administration and subject to change depending on the topic, location, etc. And bloggers were generally not invited to participate in press conferences.

Date: <u>January 6, 2021</u>     By: _____
                                    Corey Allen Young

Declarations have the same legal force as affidavits. 28 U.S.C. § 1746.

*The Alaska Landmine, et al. v. Dunleavy, et al.*     Case No.: 3:20-cv-00311-JMK
DECLARATION OF COREY ALLEN YOUNG                     Page 2 of 3

## CERTIFICATE OF SERVICE

I certify that on January 6, 2021, the foregoing Declaration of Corey Allen Young was served on the following via the CM/ECF electronic filing system.

Matthew Singer, Schwabe, Williamson & Wyatt, P.C.
Lee C. Baxter, Schwabe, Williamson & Wyatt, P.C.

*s/ Lael Harrison*
Lael A. Harrison, Assistant Attorney General

*The Alaska Landmine, et al. v. Dunleavy, et al.*     Case No.: 3:20-cv-00311-JMK
DECLARATION OF COREY ALLEN YOUNG     Page 3 of 3
Case 3:20-cv-00311-JMK  Document 21-4  Filed 01/06/21  Page 3 of 3