Matthew Singer
Lee C. Baxter
SCHWABE WILLIAMSON & WYATT, P.C.
420 L Street, Suite 400
Anchorage, AK 99501
Telephone: (907) 339-7125
Facsimile: (503) 796-2900

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE ALASKA LANDMINE LLC, <br> And JEFFREY LANDFIELD, <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL J. DUNLEAVY, in his, official capacity as Governor of the State of Alaska; BEN STEVENS, in his official capacity as Chief of Staff to the Governor of the State of Alaska; and JEFF TURNER, in his official capacity as Deputy Communications Director for the Office of the Governor of the State of Alaska, <br><br> Defendants. | Case No. 3:20-cv-00311-JMK |

## **MOTION FOR LEAVE TO FILE OVERLENGTH REPLY BRIEF**

Local Civil Rule 7.4 sets page limitations on reply briefs. Because Plaintiffs have the burden to demonstrate the propriety of a preliminary injunction under Rule 65 of the Federal Rules of Civil Procedure, and Plaintiffs must respond to and rebut the

PDX\LCB\29898330.1

SCHWABE, WILLIAMSON & WYATT, P.C.
420 L Street, Suite 400
Anchorage, AK 99501
Telephone: (907) 339-7125

Case 3:20-cv-00311-JMK   Document 28   Filed 01/12/21   Page 1 of 2

factual assertions of why Defendants started to exclude Plaintiffs from gubernatorial press events in October 2019, which Defendants state for the very first time in their opposition brief, Plaintiffs move for leave to file their 28-page reply brief.

DATED at Anchorage, Alaska, this 12th day of January, 2020.

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys for Plaintiffs

By: */s/Lee C. Baxter*
Matthew Singer
Alaska Bar No. 9911072
Email: msinger@schwabe.com

By: */s/Lee C. Baxter*
Lee C. Baxter
Alaska Bar No. 1510085
Email: lbaxter@schwabe.com
420 L Street, Suite 400
Anchorage, AK 99501
Telephone: (907) 339-7125
Facsimile: (503) 796-2900

CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2021, a true and correct copy of the foregoing document was served via the Court's CM/ECF electronic service on the following counsel of record:

Lael A. Harrison
Assistant Attorney General
Alaska Department of Law
Email: lael.harrison@alaska.gov

*/s/Lee C. Baxter*

MOTION FOR LEAVE TO FILE OVERLENGTH REPLY BRIEF
*THE ALASKA LANDMINE LLC, ET AL. V. MICHAEL J. DUNLEAVEY, ET AL.*
CASE NO. 3:20-CV-00311-JMK – PAGE 2 OF 2

SCHWABE, WILLIAMSON & WYATT, P.C.
420 L Street, Suite 400
Anchorage, AK 99501
Telephone: (907) 339-7125

Case 3:20-cv-00311-JMK   Document 28   Filed 01/12/21   Page 2 of 2