# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

Name of U.S. District Court: Alaska

U.S. District Court case number: 3:20-cv-00311-JMK

Date case was first filed in U.S. District Court: 12/22/20

Date of judgment or order you are appealing: 1/22/21

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

☉ Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Michael Dunleavy, Ben Stevens, Jeff Turner (in their official capacities)

Is this a cross-appeal?  ○ Yes  ☉ No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case?  ○ Yes  ☉ No

If Yes, what is the prior appeal case number?

Your mailing address:

Department of Law

1031 W. 4th Avenue #200

City: Anchorage   State: AK   Zip Code: 99501

Prisoner Inmate or A Number (if applicable):

**Signature** /s/ Lael A. Harrison   **Date** 2/22/2021

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

Michael Dunleavy, Ben Stevens, Jeff Turner (in their official capacities)

Name(s) of counsel (if any):

Laura Wolff; Lael Harrison

Address: 1031 W. 4th Avenue #200

Telephone number(s): 907-269-5100

Email(s): laura.wolff@alaska.gov; lael.harrison@alaska.gov

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

The Alaska Landmine LLC, Jeffrey Landfield

Name(s) of counsel (if any):

Matthew Singer; Lee Baxter
(Schwabe, Williamson & Wyatt, P.C.)

Address: 420 L Street, Suite 400, Anchorage, AK 99501

Telephone number(s): 907-339-7125

Email(s): msinger@schwabe.com; lbaxter@schwabe.com

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?  ○ Yes  ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**  Case 3:20-cv-00311-JMK   Document 33   Filed 02/22/21   Page 3 of 3   2   *New 12/01/2018*